## Elton's Estate.

*Decedents' estates—Trusts and trustees—Vacancies — Appointment of trustee.*

A petition for the appointment of a trustee is properly dismissed where no vacancy is found to exist in such office.

Argued Jan. 12, 1916. Appeal, No. 154, Jan. T., 1915, by Ella E. Meurer, from decree of O. C. Philadelphia Co., Jan. T., 1886, No. 215, dismissing petition for appointment of a trustee in case of Estate of Anthony Elton, Deceased. Before BROWN, C. J., MESTREZAT, STEWART, FRAZER and WALLING, JJ. Affirmed.

Petition for the appointment of a trustee. Before GUMMEY, J.

The court dismissed the petition. Petitioner appealed.

*Error assigned* was in dismissing the petition.

*William Gorman,* with him *Joseph Savidge, Leo. J. Gorman* and *John F. Gorman,* for appellant.

*Owen B. Jenkins,* for appellee.

PER CURIAM, March 6, 1916:

The petition of the appellant for the appointment of a trustee in the estate of her deceased father was dismissed by the learned court below for the very good reason that no vacancy existed in the office of trustee in his estate.

Appeal dismissed at appellant's costs.